

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00448-CV

**IN RE CONTINENTAL MOTORS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  July 19, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On July 13, 2017, Relator filed a petition for writ of mandamus and "Emergency Motion for Immediate Temporary Relief."  The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016CI18283, styled *Danbury Aerospace, Inc., et al. v. Continental Motors, Inc.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.